USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/24/2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                          :
CLAYTON OSBON,                        :
                             Plaintiff,    :
                                          :     15 Civ. 2306 (LGS)
              -against-         :
                                          :
JETBLUE AIRWAYS CORPORATION,     :     **ORDER**
                               Defendant.    :
                                          :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on June 17, 2015, Defendant filed a motion to dismiss Plaintiff's Complaint in its entirety (Dkt. No. 13);

WHEREAS, on July 17, 2015, Plaintiff filed his First Amended Complaint (Dkt. No. 16);

WHEREAS, on July 23, 2015, Defendant filed a motion to dismiss Plaintiff's Amended Complaint in its entirety (Dkt. No. 17).

It is hereby ORDERED that, by August 24, 2015, Plaintiff shall file, if any, his opposition to Defendant's motion to dismiss the First Amended Complaint. Defendant shall file its reply, if any, by August 31, 2015.

It is further ORDERED that Defendant's motion to dismiss Plaintiff's Complaint (Dkt. No. 13) is DENIED as moot.

The Clerk of Court is respectfully directed to close the motion at Docket No. 13.

SO ORDERED.

Dated: July 24, 2015
        New York, New York

                                            LORNA G. SCHOFIELD
                                            UNITED STATES DISTRICT JUDGE